ASH

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Emmanuel Francisco Campas-Moreno,
Petitioner,

v.

Eric Rokosky, et al.,
Respondents.

No. CV-26-03826-PHX-SMB (DMF)

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. Petitioner has been detained in immigration custody for more than a year. On October 28, 2025, an immigration judge (IJ) granted withholding of removal, apparently pursuant to the Convention Against Torture. The government appealed the IJ's order, and that appeal remains pending. Nevertheless, Petitioner remains detained and "has never received an individualized bond hearing at which the government bears the burden of demonstrating that continued detention is justified." (Doc. 1 at 11).

Respondents must respond to the Petition. Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury. **The government must further clarify in its response whether its ongoing appeal of the IJ's October 28, 2025 order is of the portion of the order directing that Petitioner be removed from the United States, or only that portion of the order granting withholding of removal.**

**Warnings**

**A. Address Changes**

If Petitioner's address changes, Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Petitioner must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

**B. Copies**

Petitioner must serve Respondents, or counsel if an appearance has been entered, a copy of every document he files. Fed. R. Civ. P. 5(a). Each filing must include a certificate stating that a copy of the filing was served. Fed. R. Civ. P. 5(d). Also, Petitioner must submit an additional copy of every filing for use by the Court. LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Petitioner.

**IT IS ORDERED:**

(1) The Clerk of Court must serve a copy of the Summons, the Petition (Doc. 1) and this Order on the United States Attorney for the District of Arizona by certified mail addressed to the civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure. The Clerk of Court must also send by certified mail a copy of the Summons, the Petition, and this Order to the United States Attorney General pursuant to Rule 4(i)(1)(B) and to Respondents pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure.

(2) The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(3) Respondents must respond to the Petition no later than **June 16, 2026**.

. . . .

. . . .

(4) Petitioner may file a reply no later than **June 23, 2026**.

Dated this 3rd day of June, 2026.

Honorable Susan M. Brnovich
United States District Judge